Civil Action No. 3:18-cv-115

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Terry Joe Gunter
was received by me on *(date)* 03/21/2018.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☑ Other *(specify):* A copy of the summons and complaint was served on Clinton Woodfin, Esq. on April 26, 2018 who was authorized to accept service on behalf of Terry Joe Gunter.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 04/27/2018

/s/ Brent S. Snyder
*Server's signature*

Brent S. Snyder, Attorney for Plaintiff
*Printed name and title*

2125 MIddlebrook Pike, Knoxville TN 37921
*Server's address*

Additional information regarding attempted service, etc: