Amanda Marie Haskins
801 Gate Lane
Apt 404
Knoxville, TN 37909
6/12/2017


Accounts Research, Inc.
PO Box 22782
Knoxville, TN 37933

Re: 5379


Dear Accounts Research, Inc.,

I am responding to your contact about a debt you are attempting to collect. You have contacted me by phone and mail multiple times, you have contacted my family members and you have contacted me at work. Every time you have contacted me you have been very unprofessional. You FINALLY identified the debt as *Westside Gastrointestinal Spec.*

Please stop all communication with me about this debt.

Thank you for your cooperation.

Sincerely,


Amanda Haskins